In the Matter of the Application of ESTHER HILDA SALZBERG for Payment of

Award Made for Parcel Damage No. 94, etc., Borough of Queens, City of New York.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. Settle order on notice.